SALINAS VALLEY STATE PRISON
FROM: ALVIN SCOTT FLOWERS / T-91323 / B5-131
P.O. BOX 1050
SOLEDAD, CA. 93960

TO: CLERK OF THE COURT FOR THE NORTHERN DISTRICT
UNITED STATES DISTRICT COURT NORTHERN
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA. 94102





NORTH HIGHLANDS
CA
DEC. -1. 07

# 0000020488

U.S. POSTAGE
0.434
POSTALIA 357538
***