NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN S. FLOWERS, ) <br> ) <br>     Petitioner, ) <br>  vs. ) <br> ) <br> MICHAEL EVANS, ) <br> ) <br>     Respondent. ) <br> _____) | No. C 07-6184 JF (PR) <br><br> ORDER OF TRANSFER |

      Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging his Placer County Superior Court criminal conviction. Plaintiff is currently incarcerated at Salinas Valley State Prison in Soledad, California.

      Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, petitions challenging a conviction are preferably heard in the district of conviction. See Habeas L.R. 2254-3(a); Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968); cf. Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989) (district of confinement best forum to review execution of sentence).

///

Order of Transfer
P:\pro-se\sj.jf\hc.07\Flowers184trans           1

1   Here, Petitioner challenges his 2003 state criminal conviction in Placer Superior
2 Court. Accordingly, this case is TRANSFERRED to the United States District Court for
3 the Eastern District of California. <u>See</u> 28 U.S.C. §§ 1391(b), 1404(a); Habeas L.R. 2254-
4 3(b)(1). The Clerk shall terminate any pending motions and transfer the entire file to the
5 Eastern District of California.
6   IT IS SO ORDERED.
7 DATED: 12/14/07

JEREMY FOGEL
United States District Judge

1  A copy of this order was mailed to the following:

2

3  Alvin S. Flowers
   T-91323/B1-131
4  Salinas Valley State Prison
   P.O. Box 1050
5  Soledad, CA 93960-1050

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order of Transfer
P:\pro-se\sj.jf\hc.07\Flowers184trans            3