E-filing

FILED
07 DEC 28 PM 3:37
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Alvin Flowers,
　　　　　　　　　Plaintiff,

vs.

Michael Evans,
　　　　　　　　　Defendant.

CASE NO. CV 07 6184 JF (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, Alvin Flowers, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.　Are you presently employed? Yes _____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ___0_____ Net: ___0_____

Employer: ___N/A_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____
5  _____
6  _____
7  2.     Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.    Business, Profession or                    Yes ___ No ✓
10                self employment
11      b.    Income from stocks, bonds,                  Yes ___ No ✓
12                or royalties?
13      c.    Rent payments?                              Yes ___ No ✓
14      d.    Pensions, annuities, or                     Yes ___ No ✓
15                life insurance payments?
16      e.    Federal or State welfare payments,          Yes ___ No ✓
17                Social Security or other govern-
18                ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____ N/A _____
22  _____
23  3.     Are you married?                               Yes ___ No ✓
24  Spouse's Full Name: _____ N/A _____
25  Spouse's Place of Employment: _____ N/A _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ 0 _____ Net $ ___ 0 _____
28  4.     a.    List amount you contribute to your spouse's support:$ ___ 0 ___

PRIS. APP. TO PROC. IN FORMA PAUPERIS                   - 2 -

|   |   |   |
|---|---|---|
| 1 | b. | List the persons other than your spouse who are dependent upon you for |
| 2 |   | support and indicate how much you contribute toward their support. (NOTE: |
| 3 |   | For minor children, list only their initials and ages. DO NOT INCLUDE |
| 4 |   | THEIR NAMES.). |

5           N/A
_____

6  _____

7  5.   Do you own or are you buying a home?        Yes ___ No ✓

8  Estimated Market Value: $_____ Amount of Mortgage: $_____

9  6.   Do you own an automobile?                    Yes ___ No ✓

10 Make _____ Year _____ Model _____

11 Is it financed? Yes ___ No ✓  If so, Total due: $ 0

12 Monthly Payment: $ N/A

13 7.   Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)

14 Name(s) and address(es) of bank: N/A

15 _____

16 Present balance(s): $ 0

17 Do you own any cash? Yes ___ No ✓ Amount: $ _____

18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19 market value.)  Yes ___ No ✓

20 _____

21 8.   What are your monthly expenses?

22 Rent: $ 0                          Utilities: 0

23 Food: $ 0                          Clothing: 0

24 Charge Accounts:

25 Name of Account            Monthly Payment          Total Owed on This Acct.

26 _____                 $ _____             $ _____

27 _____                 $ _____             $ _____

28 _____                 $ _____             $ _____

1  9.    Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _____ N/A _____
4  _____

5  10.   Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits? Yes ___ No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____ N/A _____
10 _____

11      I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13      I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

15
16  12/11/07                        [signature]
17      DATE                        SIGNATURE OF APPLICANT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case Number: _____

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _Elvin Howard_ for the last six months
[prisoner name]
_C.V.S.P._____ where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated:_____                    _____
                                    [Authorized officer of the institution]

Alvin Flowers T-91323
Salinas Valley State Prison
Fac B - 85 - 131
P.O. Box 1050
Soledad, Ca. 93960-1050



**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

STATE PRISON
GENERATED MAIL
Legal Mail

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680