UNITED STATES DISTRICT COURT
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

December 26, 2007

**Filed**
JAN 1 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Eastern District of California
4-200 United States Courthouse
501 "I" Street
Sacramento, CA 95814-2322

RE: CV 07-06184 JF   ALVIN S. FLOWERS-v-MICHAEL EVANS

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

☒   Certified copy of docket entries.

☒   Certified copy of Transferral Order.

☒   Original case file documents.

☒   Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by:  Gordana Macic
Case Systems Administrator

Enclosures
Copies to counsel of record

2:07-cv-2807 LEW EFB HC